AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| MICHAEL STEPAKOFF | ) |
| *Defendant* | ) |

Case No.   1:21-mj-00166

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant                                                                                                                      .

Date:     2/3/2021

*Attorney's signature*

Marina Medvin, Esq.
*Printed name and bar number*

916 Prince Street, Ste 109
Alexandria, Virginia 22314
*Address*

contact@medvinlaw.com
*E-mail address*

888-886-4127
*Telephone number*

703-870-3300
*FAX number*

[ Print ]     [ Save As... ]                                                    [ Reset ]