# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Criminal Case No: **1:21-mj-00166** |
| | ) **21-cr-96** |
| **MICHAEL STEPAKOFF,** | ) |
| | ) |
| Defendant. | ) |

## RULE 58 CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

I, Michael Stepakoff, defendant in the case captioned above, consent to be tried before a

magistrate judge and specifically waive trial before a district judge, pursuant to Rule 58 of the

Federal Rules of Criminal Procedure.

I am charged by Information with four misdemeanor offenses.

I request for an arraignment on the Information to be scheduled before a magistrate

judge.

_____
Michael Stepakoff

2/9/21
Date

Date: February 11, 2021.

Respectfully submitted,

/s/

_____

Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Em: contact@medvinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel for the United States:

Jeffrey N. Poulin at Jeffrey.Poulin@usdoj.gov.

/s/

_____

Marina Medvin, Esq.
*Counsel for Defendant*