# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal Case No: **1:21-mj-00166** |
| ) | **21-cr-96** |
| **MICHAEL STEPAKOFF,** ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## WITHDRAWAL OF RULE 58 CONSENT

I, Michael Stepakoff, defendant in the case captioned above, hereby withdraw my consent to be tried before a magistrate judge which was filed on February 11, 2021, and agree to proceed before a District Court judge.

An Arraignment has not yet been scheduled for my case in any court. Therefore, I request for an arraignment on the Information to be scheduled before a District Court judge.

_____     2/22/21
Michael Stepakoff                                     Date

Respectfully submitted,

/s/
_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Em: contact@medvinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel for the United States:

Jeffrey N. Poulin at Jeffrey.Poulin@usdoj.gov.

/s/
_____
Marina Medvin, Esq.
*Counsel for Defendant*