

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

May 4, 2021

**BY EMAIL**
Marina Medvin, Esq.
Medvin law PLC
marina@medvinlaw.com

      Re: <u>United States v. Michael Stepakoff</u>
         Criminal No. 2021-CR-96 (RC)

Dear Counsels:

  Attached please find discovery in this matter, which is being provided through a shared file on USA File Exchange titled "US v. Michael Stepakoff, 21-cr-96".

These items are being provided pursuant to the agreed upon protective order, and pursuant to that order certain items are listed as "SENSITIVE" or "HIGHLY SENSITIVE" within the description portion of the lists below.

The following items were provided in discovery on May 4, 2021:

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **USAfx** | 1 pdf & 5 attachment | Subfile Opening Document<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000001.pdf<br><br>Attachment<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000001_1A0000001_0000001.msg<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000001_1A0000001_0000002.pdf | 5/4/2021 |

| | | | |
|---|---|---|---|
| | | <ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000001_1A0000001_000003.pdf<ul><li>SENSITIVE</li></ul></li><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000001_1A0000001_000004.pdf<ul><li>SENSITIVE</li></ul></li><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000001_1A0000002_000001.msg_Redacted.pdfREDACTED</li></ul> | |
| USAfx | 1 pdf & 2 attachment | Interview of J.B. on 1/8/21<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000002_Redacted.pdf</li></ul>Attachments:<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000002_1A0000003_000001_Redacted.pdf</li><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000002_1A0000004_000001.msg_Redacted.pdf</li></ul> | 5/4/2021 |
| USAfx | 1 pdf | Physical Surveillance,<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000003.pdf</li></ul> | 5/4/2021 |
| USAfx | 1 pdf & 1 attachment | Interview of E.T. on 1/9/21<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000004_Redacted.pdf</li></ul>Attachment<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000004_1A0000005_000001_Redacted.pdf</li></ul> | 5/4/2021 |
| USAfx | 1 pdf & 3 attachments | Interview of J.B. on 1/19/21<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000005_Redacted.pdf</li></ul>Attachments<ul><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000005_1A0000006_000001_Redacted.pdf</li><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000005_1A0000007_000001.pptx<ul><li>HIGHLY SENSITIVE</li></ul></li><li>0176-WF-3366759-STEPAKOFF_MICHAEL_0000005_1A0000007_000002.pptx</li></ul> | 5/4/2021 |

| | | | | |
|---|---|---|---|---|
| | | • HIGHLY SENSITIVE | | |
| USAfx | 1 pdf & 2 attachments | Email from J.B. on 1/15/21<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000006_Redacted.pdf<br>Attachments<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000006_1A0000008_000001.msg_Redacted.pdf<br>• J.B. Photos and Videos.zip<br>    • Contains: 2 .jpeg files & 18 videos | | **5/4/2021** |
| USAfx | 2 pdf & 2 videos | Receipt of CCTV Security Video from 1/6/21 of Inside the U.S. Capitol<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000007.pdf<br>Receipt of CD Containing CCTV Video Footage from 1/6/21 on 1/26/21<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000008.pdf<br><br>Videos (HIGHLY SENSITIVE)<br>• 0102 USCS 01 Senate Wing Door near S139-2021-01-06_15h00min30s000ms.asf<br>    • HIGHLY SENSITIVE<br>• 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h48min39s000ms.mp4<br>    • HIGHLY SENSITIVE | | **5/4/2021** |
| USAfx | 1 .jpg | DL Photo - Michael Stepakoff.jpg<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000009_1A0000012_000001.jpg | | **5/4/2021** |
| USAfx | 5 pdf (s) | Complaint/Arrest Warrant Documents<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000010_1A0000013_000001.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000010_1A0000013_000002.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000010_1A0000013_000003.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000010_1A0000013_000004.pdf | | **5/4/2021** |

| | | | |
|---|---|---|---|
| | | • 0176-WF-3366759-STEPAKOFF_MICHAEL_0000010_1A0000013_000005.pdf | |
| USAfx | 1 pdfs & 2 attachments | Preservation Requests to Facebook and Twitter on 1/19/21<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000011.pdf<br>Attachments<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000011_1A0000014_000001.msg<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000011_1A0000015_000001.msg | 5/4/2021 |
| USAfx | 1 pdf | Stepakoff, Michael Clear.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000014_1A0000016_000001.pdf | 5/4/2021 |
| USAfx | 5 pdf(s) | Search Warrant Materials- 4244 Tremblay Way, Palm Harbor, FL 34684<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000015.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000015_1A0000017_000001.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000017_Import.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000018.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000018_1A0000019_000001.pdf | 5/4/2021 |
| USAfx | 1 pdf & 1 attachment | MICHAEL STEPAKOFF - Arrest<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000019.pdf<br>Attachment<br>0176-WF-3366759-STEPAKOFF_MICHAEL_0000019_1A0000021_0000001.pdf | 5/4/2021 |
| USAfx | 1 pdf | Evidence Collection<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000020.pdf | 5/4/2021 |
| USAfx | 1 pdf | (TTK Report) 022421-1257.pdf | 5/4/2021 |

| | | | |
|---|---|---|---|
| | | • 0176-WF-3366759-STEPAKOFF_MICHAEL_0000023_1A0000023_000001_Redacted.pdf | |
| USAfx | 1 pdf | DEWF5_iPhone_Archive<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000024.pdf | 5/4/2021 |
| USAfx | 1 pdf | CART iPhone Extraction - MDUS 24940<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000025.pdf<br>Attachments<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000025_1A0000024_000001.zip<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000025_1A0000024_000003.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | Return of Evidence item 1B5 to Owner<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000026.pdf<br>Attachments<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000026_1A0000025_000001.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000026_1A0000025_000002.pdf | 5/4/2021 |
| USAfx | 1 pdf | (TTK Report) 2021-03-10_17h58m53s.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000027_1A0000026_000001_Redacted.pdf | 5/4/2021 |
| USAfx | 1 pdf | (TTK Report) 2021-03-10_20h49m23s.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000028_1A0000027_000001_Redacted.pdf | 5/4/2021 |
| USAfx | 1 pdf | WF-3366759-STEPAKOFF_MICHAEL FD-597.pdf<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000029_Import.pdf | 5/4/2021 |
| USAfx | 1 pdf | Tara Stepakoff Interview<br>• 0176-WF-3366759-STEPAKOFF_MICHAEL_0000030.pdf | 5/4/2021 |

Respectfully,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY


By:     /s/ *Jeffrey N. Poulin*
        Jeffrey N. Poulin
        Assistant United States Attorney