

|  |
|---|
| U.S. Department of Justice |
| Channing D. Phillips<br>Acting United States Attorney |
| *District of Columbia* |

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 2, 2021

**VIA EMAIL**

Marina Medvin, Esq.
Medvin Law PLC
916 Prince Street
Alexandria, VA 22314
marina@medvinlaw.com

      Re:    *United States v. Michael Stepakoff*
                Case No. 1:21-CR-96 (RC)

Dear Counsel:

      Please find discovery in this matter, which is being provided today through a shared file on USA File Exchange (USAfx) titled "US v. Michael Stepakoff, 21-cr-96," within subfolder "6.2.21." I have enclosed an index of the material being produced with this letter.

      **Summary of Materials Provided.** As further described in the enclosed index, the discovery includes FBI reports, search warrant documents, CCTV video footage of inside the U.S. Capitol as well as additional photos and videos. Some or all of the material contained in this production was previously produced to you before being Bates labeled in an effort to provide discovery to you as expeditiously as possible. We have also obtained evidence seized from your client's cell phone pursuant to a search warrant. The device itself has already been returned to your client. Upon request, we are willing to make available a copy of the raw collection extracted from the device.

      **Manner of Production.** This production is being transmitted via USAfx. Please be sure to download the entire folder, including all subfolders and files contained within the subfolders exactly as it was provided immediately upon receipt to your own storage media.

      This production contains the following:
• A "PDF" folder containing the discovery in searchable PDF format.

- A "NATIVE" folder of documents that cannot be converted to PDFs such as audio/video recordings. Files that could not be converted to PDF will have a "placeholder" in the "PDF" folder that references the native file. You will find the referenced file by navigating to the corresponding Bates number in the NATIVE folder.
- An index of the production, provided in both Excel and Adobe PDF formats.

If you would like this production in load files for creating a document review database (e.g., Relativity) please let me know and we will provide load files.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

**Technical Assistance.** CJA panel counsel and Assistant Federal Public Defenders with technical discovery questions or those who need of assistance managing the discovery in this case can contact Kelly Scribner (kelly_scribner@fd.org) with the Defender Services Office - National Litigation Support Team. While Ms. Scribner is not specifically tasked with assisting retained counsel, she is willing to talk with you about your discovery issues on a limited basis. However, the National Litigation Support Team typically cannot support retained defense counsel as the National Litigation Support Team is funded to assist CJA panel counsel and Federal Public Defender offices appointed through the CJA Act.

**Voluminous Materials.** Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, body worn camera footage, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know of any specific information that you believe is particularly relevant to your client.

**Protective Order.** This material is subject to the terms of the Protective Order issued in this case.

**Timing of Disclosures.** I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

**Reciprocal Discovery.** I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S.

255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      **Notice of Defenses.**  Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

      Sincerely,

      */s/ Alison B. Prout*

      Alison B. Prout
      Assistant United States Attorney

Enclosure

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Stepakoff_01 | | | CAP01_000014551 | CAP01_000014554 | 4 | (U) Subfile Opening Document |
| Stepakoff_01 | | | CAP01_000014555 | CAP01_000014557 | 3 | (U) Stepakoff DL Info..msg |
| Stepakoff_01 | | | CAP01_000014558 | CAP01_000014559 | 2 | (U) Michael_Stepakoff_NCIC.pdf |
| Stepakoff_01 | X | | CAP01_000014560 | CAP01_000014567 | 8 | (U) Stepakoff_Michael_G_-_Subject_Detail_Report_-SIM.pdf |
| Stepakoff_01 | X | | CAP01_000014568 | CAP01_000014671 | 104 | (U) Stepakoff_CLEAR.pdf |
| Stepakoff_01 | | | CAP01_000014672 | CAP01_000014673 | 2 | (U) Stepakoff complaint email to USCP.msg |
| Stepakoff_01 | | | CAP01_000014674 | CAP01_000014674 | 1 | (U) Stepakoff complaint email to USCP.msg |
| Stepakoff_01 | | | CAP01_000014675 | CAP01_000014675 | 1 | (U) Stepakoff complaint email to USCP.msg |
| Stepakoff_01 | | | CAP01_000014676 | CAP01_000014676 | 1 | (U) Stepakoff complaint email to USCP.msg |
| Stepakoff_01 | | | CAP01_000014677 | CAP01_000014677 | 1 | (U) Stepakoff complaint email to USCP.msg |
| Stepakoff_01 | | | CAP01_000014678 | CAP01_000014679 | 2 | (U) Interview of J.B. on 1/8/21 |
| Stepakoff_01 | | | CAP01_000014680 | CAP01_000014681 | 2 | (U) J.B. Notes.pdf |
| Stepakoff_01 | | | CAP01_000014682 | CAP01_000014683 | 2 | (U) RE EXTERNAL EMAIL -  Re E.T's Phone Number.msg |
| Stepakoff_01 | | | CAP01_000014684 | CAP01_000014684 | 1 | (U//FOUO) Physical Surveillance |
| Stepakoff_01 | | | CAP01_000014685 | CAP01_000014686 | 2 | (U) Interview of E.T. on 1/9/21 |
| Stepakoff_01 | | | CAP01_000014687 | CAP01_000014688 | 2 | (U) E.T. Notes.pdf |
| Stepakoff_01 | | | CAP01_000014689 | CAP01_000014689 | 1 | (U) Interview of J.B. on 1/19/21 |
| Stepakoff_01 | | | CAP01_000014690 | CAP01_000014690 | 1 | (U) J.B. Interview Notes from 1-19-21 Interview.pdf |
| Stepakoff_01 | | X | CAP01_000014691 | CAP01_000014693 | 3 | (U) Photos_Inside_Capitol_Sent_to_J.B..pptx |
| Stepakoff_01 | | X | CAP01_000014694 | CAP01_000014696 | 3 | (U) Photos_Inside_Capitol_-_J.B._EDIT.pptx |
| Stepakoff_01 | | | CAP01_000014697 | CAP01_000014697 | 1 | (U) Email from J.B. on 1/15/21 |
| Stepakoff_01 | | | CAP01_000014698 | CAP01_000014700 | 3 | (U) Re EXTERNAL EMAIL - Re E.T.'s Phone Number.msg |
| Stepakoff_01 | | | CAP01_000014701 | CAP01_000014701 | 1 | (U) CD Containing Videos and Photographs /135497719_3909346609090192_4007844112544065603_o.jpg |
| Stepakoff_01 | | | CAP01_000014702 | CAP01_000014702 | 1 | (U) CD Containing Videos and Photographs /File_000.jpeg |
| Stepakoff_01 | | | CAP01_000014703 | CAP01_000014703 | 1 | (U) CD Containing Videos and Photographs /video_1056340008205522.mp4 |
| Stepakoff_01 | | | CAP01_000014704 | CAP01_000014704 | 1 | (U) CD Containing Videos and Photographs /video_1114935012275799.mp4 |
| Stepakoff_01 | | | CAP01_000014705 | CAP01_000014705 | 1 | (U) CD Containing Videos and Photographs /video_220613756449695.mp4 |
| Stepakoff_01 | | | CAP01_000014706 | CAP01_000014706 | 1 | (U) CD Containing Videos and Photographs /video_303118840830428.mp4 |
| Stepakoff_01 | | | CAP01_000014707 | CAP01_000014707 | 1 | (U) CD Containing Videos and Photographs /video_3909250329099820.mp4 |
| Stepakoff_01 | | | CAP01_000014708 | CAP01_000014708 | 1 | (U) CD Containing Videos and Photographs /video_3909254022432784.mp4 |
| Stepakoff_01 | | | CAP01_000014709 | CAP01_000014709 | 1 | (U) CD Containing Videos and Photographs /video_3909257159099137.mp4 |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Stepakoff_01 | | | CAP01_000014710 | CAP01_000014710 | 1 | (U) CD Containing Videos and Photographs/video_3909261225765397.mp4 |
| Stepakoff_01 | | | CAP01_000014711 | CAP01_000014711 | 1 | (U) CD Containing Videos and Photographs/video_3909352512422935.mp4 |
| Stepakoff_01 | | | CAP01_000014712 | CAP01_000014712 | 1 | (U) CD Containing Videos and Photographs/video_3909609165730603.mp4 |
| Stepakoff_01 | | | CAP01_000014713 | CAP01_000014713 | 1 | (U) CD Containing Videos and Photographs/video_3911370555554464.mp4 |
| Stepakoff_01 | | | CAP01_000014714 | CAP01_000014714 | 1 | (U) CD Containing Videos and Photographs/video_3911399562218230.mp4 |
| Stepakoff_01 | | | CAP01_000014715 | CAP01_000014715 | 1 | (U) CD Containing Videos and Photographs/video_3911875918837261 (1).mp4 |
| Stepakoff_01 | | | CAP01_000014716 | CAP01_000014716 | 1 | (U) CD Containing Videos and Photographs/video_3912448748779978.mp4 |
| Stepakoff_01 | | | CAP01_000014717 | CAP01_000014717 | 1 | (U) CD Containing Videos and Photographs/video_3912454242112762.mp4 |
| Stepakoff_01 | | | CAP01_000014718 | CAP01_000014785 | 68 | (U) CD Containing Videos and Photographs/video_446488576509774.mp4 |
| Stepakoff_01 | | | CAP01_000014786 | CAP01_000014786 | 1 | (U) CD Containing Videos and Photographs/video_837698940359394.mp4 |
| Stepakoff_01 | | | CAP01_000014787 | CAP01_000014787 | 1 | (U) CD Containing Videos and Photographs/video_846837016078395.mp4 |
| Stepakoff_01 | | | CAP01_000014788 | CAP01_000014788 | 1 | (U) Receipt of CCTV Security Video from 1/6/21 of Inside the U.S. Capitol |
| Stepakoff_01 | | X | CAP01_000014789 | CAP01_000014789 | 1 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h48min39s000ms.mp4 |
| Stepakoff_01 | | | CAP01_000014790 | CAP01_000014790 | 1 | (U) Receipt of CD Containing CCTV Video Footage from 1/6/21 on 1/26/21 |
| Stepakoff_01 | | X | CAP01_000014791 | CAP01_000014791 | 1 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_15h00min30s000ms.asf |
| | | | | | | |
| Stepakoff_01 | | | CAP01_000014792 | CAP01_000014793 | 2 | (U) signed-21-mj-166_Arrest_Warrant_Stepakoff.pdf |
| Stepakoff_01 | | | CAP01_000014794 | CAP01_000014794 | 1 | (U) DL Photo - Michael Stepakoff.jpg |
| | | | | | | |
| Stepakoff_01 | | | CAP01_000014795 | CAP01_000014796 | 2 | (U) signed-21-mj-166_Arrest_Warrant_Stepakoff.pdf |
| Stepakoff_01 | | | CAP01_000014797 | CAP01_000014802 | 6 | (U) signed-21-mj-166_Statement_of_Facts_Stepakoff_final_redacted.pdf |
| Stepakoff_01 | | | CAP01_000014803 | CAP01_000014808 | 6 | (U) signed-21-mj-166_Statement_of_Facts_Stepakoff_final.pdf |
| Stepakoff_01 | | | CAP01_000014809 | CAP01_000014809 | 1 | (U) signed-21-mj-166_Complaint_Stepakoff.pdf |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Stepakoff_01 | | | CAP01_000014810 | CAP01_000014810 | 1 | (U) signed-21-mj-166_Complaint_Stepakoff_Redacted.pdf |
| Stepakoff_01 | | | CAP01_000014811 | CAP01_000014811 | 1 | (U) Preservation Requests to Facebook and Twitter on 1/19/21 |
| Stepakoff_01 | | | CAP01_000014812 | CAP01_000014812 | 1 | (U) EXTERNAL EMAIL - Preservation Request Received Case #5758707.msg |
| Stepakoff_01 | | | CAP01_000014813 | CAP01_000014814 | 2 | (U) EXTERNAL EMAIL - Case# 0189083913 Twitter Receipt of Preservation Request - FBI  ref_00DA0K0A8._5004w24stlXref .msg |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Stepakoff_01 | | | CAP01_000014815 | CAP01_000014821 | 7 | (U) Stepakoff, Michael Clear.pdf |
| Stepakoff_01 | | | CAP01_000014822 | CAP01_000014822 | 1 | (U) Search Warrant - 4244 Tremblay Way, Palm Harbor, FL 34684 |
| Stepakoff_01 | | | CAP01_000014823 | CAP01_000014831 | 9 | (U) search paperwork121109.pdf |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Stepakoff_01 | | | CAP01_000014832 | CAP01_000014900 | 69 | (U//FOUO) Final_SW_Signed.pdf |
| Stepakoff_01 | | | CAP01_000014901 | CAP01_000014901 | 1 | (U//FOUO) Search Warrant Return |
| Stepakoff_01 | | | CAP01_000014902 | CAP01_000014904 | 3 | (U//FOUO) SW Return.pdf |
| Stepakoff_01 | | | CAP01_000014905 | CAP01_000014906 | 2 | (U//FOUO) MICHAEL STEPAKOFF - Arrest |
| Stepakoff_01 | | | CAP01_000014907 | CAP01_000014910 | 4 | (U//FOUO) Arrest documents101341.pdf |
| Stepakoff_01 | | | CAP01_000014911 | CAP01_000014912 | 2 | (U) Evidence Collection |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Stepakoff_01 | | | CAP01_000014913 | CAP01_000014916 | 4 | (U//FOUO) 022421-1257.pdf |
| Stepakoff_01 | | | CAP01_000014917 | CAP01_000014918 | 2 | (U) DEWF5_iPhone_Archive |
| Stepakoff_01 | | | CAP01_000014919 | CAP01_000014920 | 2 | (U) CART iPhone Extraction - MDUS 24940 |
| Stepakoff_01 | | | CAP01_000014921 | CAP01_000014921 | 1 | (U) Photos.zip/IMG_2023.JPG |
| Stepakoff_01 | | | CAP01_000014922 | CAP01_000014922 | 1 | (U) Photos.zip/IMG_2024.JPG |
| Stepakoff_01 | | | CAP01_000014923 | CAP01_000014923 | 1 | (U) Photos.zip/IMG_2025.JPG |
| Stepakoff_01 | | | CAP01_000014924 | CAP01_000014924 | 1 | (U) Photos.zip/IMG_2026.JPG |
| Stepakoff_01 | | | CAP01_000014925 | CAP01_000014925 | 1 | (U) Photos.zip/IMG_2027.JPG |
| Stepakoff_01 | | | CAP01_000014926 | CAP01_000014926 | 1 | (U) Photos.zip/IMG_2028.JPG |
| Stepakoff_01 | | | CAP01_000014927 | CAP01_000014927 | 1 | (U) Photos.zip/IMG_2029.JPG |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Stepakoff_01 | | | CAP01_000014928 | CAP01_000014928 | 1 | (U) Photos.zip/IMG_2030.JPG |
| Stepakoff_01 | | | CAP01_000014929 | CAP01_000014929 | 1 | (U) Photos.zip/IMG_2038.JPG |
| Stepakoff_01 | | | CAP01_000014930 | CAP01_000014998 | 69 | (U) Final_SW_Signed.pdf |
| Stepakoff_01 | | | CAP01_000014999 | CAP01_000015000 | 2 | (U) Return of Evidence item 1B5 to Owner |
| Stepakoff_01 | | | CAP01_000015001 | CAP01_000015001 | 1 | (U) WF_3366759-STEPAKOFF_MICHAEL.pdf |
| Stepakoff_01 | | | CAP01_000015002 | CAP01_000015004 | 3 | (U) _image_150819.pdf |
| Stepakoff_01 | | | CAP01_000015005 | CAP01_000015008 | 4 | (U//FOUO) 2021-03-10_17h58m53s.pdf |
| Stepakoff_01 | | | CAP01_000015009 | CAP01_000015013 | 5 | (U//FOUO) 2021-03-10_20h49m23s.pdf |
| Stepakoff_01 | | | CAP01_000015014 | CAP01_000015014 | 1 | (U) WF-3366759-STEPAKOFF_MICHAEL FD-597.pdf |
| Stepakoff_01 | | | CAP01_000015015 | CAP01_000015016 | 2 | (U) Tara Stepakoff Interview |