

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

June 11, 2021

**BY EMAIL**
Marina Medvin, Esq.
Medvin law PLC
marina@medvinlaw.com

     Re: <u>United States v. Michael Stepakoff</u>
       Criminal No. 2021-CR-96 (RC)

Dear Counsel:

  Attached please find discovery in this matter, which is being provided today through a shared file on USA File Exchange titled "US v. Michael Stepakoff, 21-cr-96," in the subfolder "6.11.21".

  These items are being provided pursuant to the agreed upon protective order, and pursuant to that order certain items are listed as "SENSITIVE" or "HIGHLY SENSITIVE" within the description portion of the lists below.

  The following items were provided in the above-referenced folder:

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **USAfx** | 2 pdf & 1 video | Folder: US v. Michael Stepakoff, 21-cr-96<br>Subfolder: 6.11.21<br><br>• Micheal_Stepakoff_Face_Search_REDACTED.pdf<br> o SENSITIVE<br>• Micheal_Stepakoff_Name_Search_REDACTED_Version.pdf<br> o SENSITIVE | 6/11/2021 |

|  |  | • 1610126230.47-4fabbbe2b3d76f157eb20c0175e10969654557e1-file-0_2of2_IMG_5422.mp4<br>    ◦ 0:48 minute video |  |
|---|---|---|---|

        Respectfully,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

By:   /s/ *Alison B. Prout*_____
        Alison B. Prout
        Assistant United States Attorney

2