UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal Case No: **1:21-CR-00096** ) |
| MICHAEL STEPAKOFF, | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO CONTINUE

This matter is currently scheduled for a status conference on July 8, 2021.

The parties have engaged in productive plea negotiations and believe that a plea agreement will be reached in this case. The parties are asking for more time to finalize the terms of the final agreement.

The parties jointly request a continuance to August 26, 2021. The parties agree that the time between July 8, 2021 and August 26, 2021 should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) and (B)(iv), as the ends of justice for the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Counsel for Defendant:

/s/
_____
Marina Medvin, Esq.
DC Bar No. 995966
MEDVIN LAW PLC
916 Prince St., Ste 109
Alexandria, VA 22314
Tel: 888-886-4127

Counsel for the United States:

/s/
_____
Alison B. Prout
Georgia Bar No. 141666
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (404) 772-4456