UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL STEPAKOFF, )<br>)<br>Defendant. )<br>) | Criminal Case No: **1:21-CR-00096** |

**JOINT MOTION TO CONTINUE**

This matter is currently scheduled for a status conference on August 26, 2021.

The parties have engaged in productive plea negotiations and are near full resolution. The parties are asking for additional time to submit the final agreement to this court.

The parties jointly request a continuance to September 24, 2021. The parties agree that the time between August 26, 2021 and September 24, 2021 should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) and (B)(iv), as the ends of justice for the continuance outweigh the best interest of the public and the defendant in a speedy trial.

| Counsel for Defendant: | Counsel for the United States: |
|---|---|
| /s/ | /s/ |
| Marina Medvin, Esq. | Alison B. Prout |
| DC Bar No. 995966 | Georgia Bar No. 141666 |
| MEDVIN LAW PLC | Assistant United States Attorney |
| 916 Prince St., Ste 109 | 555 Fourth Street, N.W. |
| Alexandria, VA  22314 | Washington, DC 20530 |
| Tel: 888-886-4127 | Phone: (404) 772-4456 |